GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Stephen Walker | ) ) ) ) ) ) ) ) ) |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number:  4:21CR00030-1

USM Number:  22260-021

Whitney Lauren Johnson-Allbritton
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You committed another federal, state, or local crime (mandatory condition). | January 24, 2024 |
| 2 | You committed another federal, state, or local crime (mandatory condition). | January 27, 2024 |

***See Page 2 for Additional Violations.***

The defendant is sentenced as provided in page <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  4395

Defendant's Year of Birth: 1992

City and State of Defendant's Residence:

Savannah, Georgia

March 2, 2026
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

March 3, 2026
Date

GAS 245D    Judgment in a Criminal Case for Revocations

DEFENDANT:        Stephen Walker
CASE NUMBER:      4:21CR00030-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | You left the judicial district without the permission of the Court or the probation officer (standard condition). | January 27, 2024 |
| 4 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 14, 2024 |
| 5 | You committed another federal, state, or local crime (mandatory condition). | April 20, 2024 |
| 6 | You possessed a firearm or other destructive device (standard condition). | April 20, 2024 |
| 7 | You committed another federal, state, or local crime (mandatory condition). | November 6, 2023 |

GAS 245D    Judgment in a Criminal Case for Revocations

DEFENDANT:      Stephen Walker
CASE NUMBER:    4:21CR00030-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>18 months.</u>

☒    The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be given credit toward this federal sentence for all time served in custody since January 29, 2026. It is also recommended that the defendant be given the opportunity for a Residential Reentry Center. Additionally, the Court recommends that the defendant be evaluated for mental health medications and given access to participate in an appropriate program of mental health treatment during his term of incarceration. Designation to the Bureau of Prisons facility in Jesup, Georgia, is also recommended.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐    at _____ ☐ a.m. ☐ p.m.   on _____ .

   ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐    before 2 p.m. on _____ .

   ☐    as notified by the United States Marshal.

   ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL